# UNITED STATES BANKRUPTCY COURT
## Eastern District of Kentucky
## Lexington Division

Mailing Address: P.O. Box 1111, Lexington, KY 40588–1111

---

In Re:  Kathy R. Florence             { Case Number: 05–55887–jms
        William E. Florence       {
        783 East Union Road     {
        Carlisle, KY 40311        {
        783 East Union Road     { Chapter: 7
        Carlisle, KY 40311        {

aka/dba:

SSN/TID: xxx–xx–8446
              xxx–xx–4594

Debtor(s)

---

## DISCHARGE OF DEBTOR IN A CHAPTER 7 CASE

It appearing that the debtor is entitled to a discharge, **IT IS ORDERED** the debtor is granted a discharge under section 727 of title 11, United States Code, (The Bankruptcy Code).

Dated: <u>4/6/06</u>

By The Court

_Joseph M Scott Jr_

Joseph M Scott Jr
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

FORM B18 continued (10/05)

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts that are Not Discharged.

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (applies to cases filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (applies to cases filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF SERVICE

**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

```
District/off: 0643-5              User: valeriet           Page 1 of 2              Date Rcvd: Apr 06, 2006
Case: 05-55887                   Form ID: B18             Total Served: 39
```

The following entities were served by first class mail on Apr 08, 2006.
```
db          +Kathy R. Florence,  783 East Union Road,   Carlisle, KY 40311-9460
jdb         +William E. Florence,  783 East Union Road,   Carlisle, KY 40311-9460
aty         +Brian T Canupp,  322 Main St,   Paris, KY 40361-2006
aty         +M Scott Mattmiller,  234 N. Limestone St.,   Lexington, KY 40507-1027
tr          +Anna C. Johnson,  417 High St,   PO Box 662,   Paris, KY 40362-0662
cr          +American General Finance, Inc.,  1826 South Main Street,   Paris KY 40361-1109
3072466     +AMER GEN FIN,   PO BOX 227,   PARIS KY 40362-0227
3072467     +AMERICAN GENERAL FINAN,  1826 S MAIN ST,   PARIS KY 40361-1109
3110912     +AMERICAN GENERAL FINANCE,  1826 S MAIN ST,   PARIS KY 40361-1109
3072468     +AMSOUTH BANK,   PO BOX 11007,   BIRMINGHAM AL 35288-0002
3108340     +B-LINE, LLC/APPLIED CARD BANK (FKA CROSS COUNTRY B,   MAIL STOP 550,
             2101 FOURTH AVE., SUITE 1030,   SEATTLE, WA 98121-2317
3072469     +BANK OF AMERICA,   PO BOX 1598,   NORFOLK VA 23501-1598
3072471     +CBUSASEARS,   PO BOX 6189,   SIOUX FALLS SD 57117-6189
3072472     +CITI,   PO BOX 6241,   SIOUX FALLS SD 57117-6241
3072473     +CITIFINANC,  105 LAWSON DR STE 2,   GEORGETOWN KY 40324-9696
3072474     +CITIFINANCIAL,  862 INDIAN MOUND DR,   MOUNT STERLING KY 40353-1156
3072475     +CROSS COUNTRY BANK,   PO BOX 15371,   WILMINGTON DE 19850-5371
3072476     +DEPST BK CAR,   P O BOX 31,   CARLISLE KY 40311-0031
3072477     +FRIEDMANS JEWELERS,  171 CROSSROADS PKWY,   SAVANNAH GA 31407-3032
3072478     +FROST ARNETT COMPANY,  9200 SHELBYVILLE RD,   LOUISVILLE KY 40222-8562
3072480     +GLA COLLECT,   PO BOX 991199,   LOUISVILLE KY 40269-1199
3072481     +GLA COLLECTION CO,  2630 GLEESON LN,   LOUISVILLE KY 40299-1772
3072482     +HSBC NV,  1441 SCHILLING PL,   SALINAS CA 93901-4543
3072483      KENTUCKY FINANCE COMPA,   RR 7 BOX 30,   CYNTHIANA KY 41031
3072484      KY FIN CYN,   RT 7  BOX 30  HARR,   CYNTHIANA KY 41031
3072485     +KY FIN PAR,  2220 PARIS VILLAGE POB 301,   PARIS KY 40362-0301
3115542      LVNV FUNDING LLC., ITS SUCCESSORS AND ASSIGNS, AS,   RESURGENT CAPITAL SERVICES,   P.O. BOX 10587,
             GREENVILLE, SC 29603-0587
3072486     +NCB KENTUCKY,   POB 36000 CIS DEPT 16TH FLR,   LOUISVILLE KY 40233-6000
3072487     +PARK DANSAN COLLECTIONS,  113 W 3RD AVE,   GASTONIA NC 28052-4320
3072488     +SHELL OIL/CITIBANK,   PO BOX 6003,   HAGERSTOWN MD 21747-6003
3072489      USA CREDIT,   CUSTOMER SERVICE ONE MILLENNIUM DRI,   UNIONTOWN PA 15401
3072490     +WHITAKER BK,   POB 13010,   LEXINGTON KY 40583-3010
```

The following entities were served by electronic transmission on Apr 07, 2006 and receipt of the transmission
was confirmed on:
```
3100650     +EDI: BANKAMER.COM Apr 06 2006 21:03:00     BANK OF AMERICA,   PO BOX 2278,
             NORFOLK, VA 23501-2278
3072469     +EDI: BANKAMER2.COM Apr 06 2006 21:02:00     BANK OF AMERICA,   PO BOX 1598,
             NORFOLK VA 23501-1598
3072470     +EDI: CAPITALONE.COM Apr 06 2006 21:03:00     CAPITAL 1 BK,   11013 W BROAD ST,
             GLEN ALLEN VA 23060-5937
3090380     +EDI: CAPITALONE.COM Apr 06 2006 21:03:00     CAPITAL ONE BANK,   C/O TSYS DEBT MANAGEMENT,
             PO BOX 5155,   NORCROSS, GA 30091-5155
3072471     +EDI: SEARS.COM Apr 06 2006 21:03:00     CBUSASEARS,   PO BOX 6189,   SIOUX FALLS SD 57117-6189
3072472     +EDI: CITICORP.COM Apr 06 2006 21:03:00     CITI,   PO BOX 6241,   SIOUX FALLS SD 57117-6241
3121834      EDI: ECAST.COM Apr 06 2006 21:03:00     ECAST SETTLEMENT CORPORATION ASSIGNEE OF,
             GE MONEY BANKWALMART CONSUMER,   PO BOX 35480,   NEWARK NJ 07193-5480
3112512      EDI: ECAST.COM Apr 06 2006 21:03:00     ECAST SETTLEMENT CORPORATION, ASSIGNEE OF,
             HSBC BANK NEVADA NA / HSBC CARD,   SERVICES III,   P.O. BOX 35480,   NEWARK, NJ  07193-5480
3118560      EDI: ECAST.COM Apr 06 2006 21:03:00     ECAST SETTLEMENT CORPORATION, ASSIGNEE OF,   GE MONEY BANK,
             P.O. BOX 35480,   NEWARK, NJ  07193-5480
3072479     +EDI: TSYS.COM Apr 06 2006 21:02:00     GEMB/WALMART,   POB 981400,   EL PASO TX 79998-1400
3072482     +EDI: HFC.COM Apr 06 2006 21:02:00     HSBC NV,  1441 SCHILLING PL,   SALINAS CA 93901-4543
                                                                                         TOTAL: 11
```

```
          ***** BYPASSED RECIPIENTS *****
NONE.                                                                      TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0643-5        User: valeriet        Page 2 of 2              Date Rcvd: Apr 06, 2006
Case: 05-55887             Form ID: B18          Total Served: 39
```

```
          ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 08, 2006**                    **Signature:**